AO 106 (Rev. 5/85) Affidavit for Search Warrant

# United States District Court FILED

FEB 7 2007

Middle DISTRICT OF Alabama

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)
An Priority Mail package addressed to:
H. B.
310 Broad Street
Wetumpka, AL. 36092

**APPLICATION AND AFFIDAVIT
FOR SEARCH WARRANT**

CASE NUMBER: 2:07mj 13-SRW

I, Douglas K. Wilson   being duly sworn depose and say:

I am a(n) United States Postal Inspector   and have reason to believe
                    Official Title
that ☐ on the person of or ☒ on the premises known as (name, description and/or location)
An priority mail package addressed to H.B., 310 Broad Street, Wetumpka, AL 36092 with the return address o Jeremiah Brown, 924 Decatur Hwy #304, Fultondale, Al 35608, bearing label number 00027014-02.
in the _____ Middle _____ District of _____ Alabama _____
                                                                   there is now concealed a certain person or property, namely
(describe the person or property)
Controlled substances

which is (give alleged grounds for search and seizure under Rule 41(b) of the Federal Rules of Criminal Procedure)
Contraband, the fruits of a crime or thing otherwise criminally possessed,

in violation of Title _____ 21 _____ United States Code, Section(s) _____ 841(a)(1) and 843(b) _____ .
The facts to support the issuance of a Search Warrant are as follows:
See Attached Affidavit

Continued on the attached sheet and made a part hereof.    ☒ Yes   ☐ No

Signature of Affiant

Sworn to before me, and subscribed in my presence

February 6, 2007                                    at   Montgomery, Alabama
Date                                                     City and State

SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer                       Signature of Judicial Officer

AFFIDAVIT IN SUPPORT OF SEARCH WARRANT

The undersigned, being duly sworn on oath, deposes and says:

1. I, Douglas K. Wilson, am a Postal Inspector with the United States Postal Inspection Service and have been employed since July 2006. Upon entry in the United States Postal Inspection Service, I completed twelve weeks of training which included investigations of transportation of non-mailable matter where the United States Mails are being used to transport controlled substances such as marijuana, cocaine, heroin, and steroids in violation of Title 21, United States Code, Sections 841(a)(1) and 843(b), and substances mailed in violation of Title 18, United States Code, Section 1716. Prior to working with the U.S. Postal Inspection Service, I worked with the Hattiesburg, Mississippi Police Department for seven years. Two of those years were served as a special operations officer where I investigated numerous crimes which involved controlled substances.

2. A prior investigation by the State of Alabama, Department of Corrections Investigator E. Bascomb has determined that the U.S. Mails are being used to transmit controlled substances and proceeds from the sale of controlled substances through the U.S. Mails. This request was made based on information provided to me on February 1, 2007, from investigator Bascomb. Bascomb advised me that he had an investigation into an Alabama Department of Corrections employee who was reportedly receiving marijuana in packages to different addresses. One address being used was 310 Broad Street, Wetumpka, AL 36092. Bascomb also advised me that he had received a tip from a confidential informant that mail packages which contained marijuana inside were being sent to the previously mentioned Wetumpka address.

3. Based on the information Bascomb provided me, on February 1, 2007, Inspector J. D. Tynan contacted Wetumpka, AL Postmaster Larry Hall and asked him to contact the Inspection Service prior to delivering any packages at the aforementioned address.

4. On February 1, 2007, Inspector Tynan spoke with Joe Black on the telephone. Black is assigned to the Central Alabama Drug Task Force (CADTF). Black informed Tynan that he had in his possession a shoe box type package that was addressed to 310 Board Street, Wetumpka, AL 36092. The shoe box was mis-delivered to 310 N. Bridge Street, Wetumpka, AL 36092. The box was opened at the N. Bridge Street residence and 4 ounces of Marijuana was discovered inside of the shoe box. The Elmore County Sheriff's Office was called and CADTF took possession of the package on January 31, 2007. I contacted Postmaster Hall and asked if there was a Board street located in Wetumpka. Hall informed me that

there is not a Board Street in Wetumpka, AL; the address on the package appears to have been misspelled.

5. On February 2, 2007, I spoke to Postmaster Hall on the telephone. Hall advised me of a Priority Mail package addressed to 310 Broad Street, Wetumpka, AL 36092.

6. On February 3, 2007, Wetumpka, AL Post Office, Customer Service Supervisor, Ken Stricklin called me and advised that he had a second package in his possession at the Post Office. I asked Stricklin to send the two packages to me.

7. On February 05, 2007, I took possession of the two packages. The package addressed to A. Taylor, 310 W. Broad Street, Wetumpka, Al. 36092 had a strong odor of marijuana coming form the package. The packages are further described below:

<u>Package 1</u>

a. Priority Mail No.:        00027014-02

b. Mailing Date:             January 30, 2007

c. Addressed to:             H.B.
                             310 Broad St
                             Wetumpka, AL. 36092

d. Return Address:           Jeremiah Brown
                             924 Decatur Hwy #304
                             F'dale, Al. 35068

e. Class of Mail:            Priority Mail

f. Postage Affixed:          $4.20

g. Size:                     10" X 14"

h. Weight:                   1 lb 12.1 oz

i. Wrapping:                 White ready post cushion mailer with Priority Mail tape.

### Package 2

| | |
|---|---|
| a. Priority Mail No.: | 00049133-09 |
| b. Mailing Date: | February 01, 2007 |
| c. Addressed to: | A. Taylor<br>310 W. Broad Street<br>Wetumpka, AL 36092 |
| d. Return Address: | Mrs. Jones<br>1112 Ave, V<br>B'ham, Ala 35214 |
| e. Class of Mail: | Priority Mail |
| f. Postage Affixed: | $4.05 |
| g. Size: | 6.5" box |
| h. Weight: | 13.5 oz |
| i. Wrapping: | Brown cardboard box |

8. On February 05, 2007, trained narcotics dog handler Captain Earl Ketchum, Alabama Department of Corrections, and his narcotics detector dog "Tasha" conducted an exterior inspection of the above-described packages, the dog alerted, indicating the packages contained the scent of controlled substances. At this time I took possession of the parcels.

9. I have been advised of the qualifications of the dog handler and his narcotics detector dog, which is more fully described in Attachment "A", which is filed in conjunction herewith and incorporated by reference herein.

10. Based on my training and experience and the facts set forth in this affidavit, I submit that there is probable cause to believe that controlled substances are being concealed in the aforementioned mail articles which are described in paragraph 7, and seeks the issuance of a search warrant directing the search of each package, the seizure of said mail article, any controlled substance(s) contained therein, and any enclosed materials relating to the distribution of controlled substances.

11. The package has been maintained unopened in the custody of U.S. Postal Inspectors pending application for a search warrant.

_____
Doug Wilson
Postal Inspector


Subscribed and sworn to before me
This 6th day of February, 2007
At Montgomery, Alabama

_____
Susan Russ Walker
United States Magistrate Judge

**Attachment "A"**

"Tasha" is a female German Shepherd, approximately five years old and has been working as a narcotics detector dog since approximately August 2004. She was trained by Capt. Earl Ketchum, Alabama Department of Corrections, Easterling, and certified by Alabama K-9 in Tuscaloosa, Alabama. "Tasha" is certified to detect cocaine, crack, heroin, methamphetamine, and marijuana. She has successfully alerted over 100 times.

K-9 Officer Earl Ketchum has been a canine narcotics officer with the Alabama Department of Corrections since December 1999, and a law enforcement officer since August 1990. He has worked a narcotics detector dog since December 1999, and has worked "Tasha" since approximately April 2004.